**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

**JOYCE BOND, on behalf of herself**
**and all other similarly situated,**

**v.** **C.A. No. 01-177L**

**FLEET BANK (RI), N.A.**

**STIPULATION**

The parties hereto by and through their undersigned attorneys, hereby agree and stipulate to the dismissal with prejudice of the above captioned action.

Dated: January 5, 2007

_/s/ Peter N. Wasylyk_____________
Peter N. Wasylyk, Esq., #3351
**Law Offices of Peter N. Wasylyk**
1307 Chalkstone Avenue
Providence, Rhode Island 02908
Attorney for Plaintiff
Tel: 401-831-7730
Fax: 401-861-6064

__/s/ Richard L. Gemma_________
Richard L. Gemma, Esq. #3953
**MacAdams & Wieck Incorporated**
101 Dyer Street
Providence, Rhode Island 02903
Attorney for Defendant
Tel: 401-454-8700
Fax: 401-454-8755